**Harry KIRK, Plaintiff,**

v.

**PEOPLE OF the STATE OF CALIFORNIA, et al., Defendants.**

**No. C–82–6732 SAW.**

United States District Court, N.D. California.

May 29, 1986.

Edward Chen, American Civil Liberties Union, San Francisco, Cal., for plaintiff.

George Agnost, City Atty., Paul M. Hagan, Deputy City Atty., San Francisco, Cal., for defendants.

**ORDER GRANTING RELIEF FROM JUDGMENT**

WEIGEL, District Judge.

On May 29, 1986, the Court heard defendants' motion for relief from judgment under Federal Rule of Civil Procedure 60(b)(6).

The Court finds that defendants' motion to dismiss and the Court's September 5, 1984 Memorandum and Order granting the motion to dismiss relied primarily on *Bretz v. Kelman,* 722 F.2d 503 (9th Cir.1983), a panel decision which the Ninth Circuit Court of Appeals, sitting *en banc,* recently reversed in *Bretz v. Kelman,* 773 F.2d 1026 (9th Cir.1985). Therefore, it is appropriate for the Court to grant relief from its judgment pursuant to Federal Rule of Civil Procedure 60(b)(6).

The Court further finds that defendants are entitled to a clearer statement of the claims against them. *See* Fed.R.Civ.P. 8.

Accordingly,

IT IS HEREBY ORDERED that defendants' motion for relief from judgment is granted.

IT IS FURTHER HEREBY ORDERED that plaintiff shall file an amended complaint on or before June 30, 1986.